# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-00322-MR-DSC

| | |
|---|---|
| TD BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES WATKINS AUTOMOBILES, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court following the filing of Defendants' "Motion to Dismiss …" (document #10) and "Brief in Support …" (document #11) and Plaintiff's "Response in Opposition …" (document #12). Having reviewed these filings, the Court will exercise its discretion and order Defendants to file a reply brief in support of their Motion on or before May 26, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: May 11, 2015

_____
David S. Cayer
United States Magistrate Judge